In the Matter of the Judicial Settlement of the Account of Proceedings of CHARLES P. HEINTZ, as One of the Executors, etc., of CHARLES HEINTZ, Deceased. CHARLES P. HEINTZ, Appellant; MARY PROBST and Others, Respondents.— Order denying motion of Charles P. Heintz to modify order of the Surrogate's Court, New York county, dated June 17, 1935, directing his examination as an accounting executor, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

WILLIAM P. FLECKENSTEIN, Appellant, v. BENNY FRIEDMAN and Another, Respondents.— Order denying plaintiff's motion to preclude defendants from giving evidence on the trial in support of affirmative defenses, and order on reargument denying the same motion, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

WILLIAM J. LYONS, Appellant, v. NEW YORK WORLD-TELEGRAM CORPORATION, Respondent.— Order, so far as appealed from, denying plaintiff's motion for examination of defendant before trial, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted *in toto*. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

JOHN E. FRIEDMAN, Judgment Creditor, Respondent, v. YEUNG OI GUM, Also Known as YOUNG KAM, Judgment Debtor. RINGLING BROS. BARNUM & BAILEY COMBINED SHOWS, INC., Garnishee, Appellant.— Order, as resettled, denying motion of garnishee appellant for an order vacating and setting aside the levy and lien of an execution heretofore issued against the wages of the judgment debtor, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: JOHN E. FRIEDMAN, Judgment Creditor, Respondent, v. YEUNG OI GUM, Also Known as YOUNG KAM, Judgment Debtor, Appellant. RINGLING BROS. BARNUM & BAILEY COMBINED SHOWS, INC., Third Party, Appellant.— Order appointing receiver of the property of the judgment debtor, restraining him [her] and Ringling Bros. Barnum & Bailey Combined Shows, Inc., from selling, assigning or disposing of any of the moneys of the judgment debtor, and granting other relief, unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

HARRIET D. STECKLER, Plaintiff, v. SOPHIE FACTOR and Others, Defendants, Impleaded with HUMBERT M. MIRAGLIA, Receiver, and Another, Appellants, and WILSON SMYTH, Doing Business under the Firm Name and Style of WILSON SMYTH COMPANY, Respondent.— Order, so far as appealed from, surcharging the receiver and his accounts to the extent of $248.12, with interest from July 28, 1934, unanimously affirmed, with twenty dollars costs and disbursements. (See *Emigrant Industrial Savings Bank*, v. *Feldblum Realty Corporation*, 238 App. Div. 231.) Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.